IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-11425
Conference Calendar
_____


JOSEPH REED,

                                        Plaintiff-Appellant,

versus

WAYNE SCOTT, Executive Director,
Texas Department of Criminal Justice,
Institutional Division,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:97-CV-132
- - - - - - - - - -
June 17, 1998
Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Joseph Reed, Texas inmate # 634538, appeals the district

court's dismissal of his civil rights complaint as frivolous.

Reed, who is assigned to an administrative segregation unit,

challenges the constitutionality of restrictions on his diet,

exercise, and right to keep personal property in his cell.

Having reviewed the record and Reed's appellate brief, we AFFIRM

for essentially the reasons adopted by the district court.  Reed

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

<u>v. Scott</u>, No. 7-97-CV-0132-X (N.D. Tex. Sept. 19, 1997, and

October 16, 1997).

AFFIRMED.